UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

                Plaintiff,        Case No. 14-20425

v.                                      Judith E. Levy
                                      United States District Judge

Devin Dantzler (D-6)

                                      Mag. Judge David R. Grand
                Defendants.

_____/

**ORDER DENYING WITHOUT PREJUDICE DEFENDANT DEVIN DANTZLER'S MOTION FOR COMPASSIONATE RELEASE [510]**

      Before the Court is Defendant Devin Dantzler's motion for compassionate release due to a medical vulnerability during the ongoing COVID-19 pandemic. (ECF No. 510.) On February 10, 2021, the Court held a hearing on this motion through audio-visual technology. For reasons set forth on the record, Defendant's motion is DENIED WITHOUT PREJUDICE.

      IT IS SO ORDERED.

Dated: February 10, 2021          s/Judith E. Levy
Ann Arbor, Michigan              JUDITH E. LEVY
                                        United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 10, 2021.

s/William Barkholz  
WILLIAM BARKHOLZ  
Case Manager
