**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

United States of America,

              Plaintiff,        Case No. 14-20424-6

                                        Judith E. Levy
                                        United States District Judge

v.

                                        Mag. Judge David R. Grand

Devin Dantzler,

              Defendant.

_____/

**ORDER DENYING AS UNNECESSARY DEFENDANT'S**
**APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR**
**COSTS ON APPEAL [626]**

On May 21, 2026, Defendant Devin Dantzler filed an application to proceed without prepayment of fees on appeal. (ECF No. 626.) Defendant appeals the Court's order denying his motion for a reduction in sentence. (ECF No. 624.)

"A motion filed under § 3582(c)(1)(A) is considered to be a continuation of the underlying criminal proceedings." *United States v. Westberry*, No. 21-6084, 2022 WL 1562364, at *3 (6th Cir. Mar. 31, 2022) (citing *United States v. Payton*, 979 F.3d 388, 390 (6th Cir. 2020)). Here, Defendant was appointed counsel in the underlying prosecution

pursuant to the Criminal Justice Act due to his inability to pay for counsel. As such, Defendant is "not required to pay the filing fee to appeal the denial of his motion for compassionate release." *Id.*; *see also* 18 U.S.C. § 3006A(d)(7) ("If a person for whom counsel is appointed under this section appeals to an appellate court or petitions for a writ of certiorari, he may do so without prepayment of fees and costs or security therefor and without filing the affidavit required by section 1915(a) of title 28.").

For the reasons set forth above, Defendant's motion is DENIED as unnecessary

IT IS SO ORDERED.

Dated: May 28, 2026
    Ann Arbor, Michigan

s/Judith E. Levy
JUDITH E. LEVY
United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 28, 2026.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager

2